

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Great Northern Energy, Inc., Appellant

No. 06-16-00029-CV     v.

Circle Ridge Production, Inc., Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0460). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the orders of the court below. Therefore, we reverse the trial court's order granting a temporary injunction and dissolve the writ of injunction. In addition, we reverse in part the trial court's turnover order; specifically, we reverse Paragraph 1 and Paragraph 2, sub-parts b, d, e, g, h, j, and l in their entirety. We also reverse Paragraph 2, sub-parts f, i, k, and m, except insofar as they relate to the Rangeford Resources stock or to Great Northern's causes of action against Rangeford Resources. Finally, we dismiss Great Northern's appeal as to Paragraph 2a of the turnover order as moot. In all other respects, the trial court's turnover order is affirmed.

We further order that the appellee, Circle Ridge Production, Inc., pay all costs of this appeal.

RENDERED SEPTEMBER 28, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk